**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Mako Forestry Corporation |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 87-0971196 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> 1349 W. Fairway Dr. <br> Gulf Shores, AL 36547 <br> *Number, Street, City, State & ZIP Code* <br><br> Baldwin <br> *County* | **Mailing address, if different from principal place of business** <br><br> P.O. Box 5138 <br> Gulf Shores, AL 36547 <br> *P.O. Box, Number, Street, City, State & ZIP Code* <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> *Number, Street, City, State & ZIP Code* |
| 5. | **Debtor's website** (URL) | www.makoforestry.com | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  Mako Forestry Corporation     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    11

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor    Lindsey and Michael Manning    Relationship    Shareholders

District    SDAL    When    7/7/25    Case number, if known    25-

| Debtor | Mako Forestry Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Mako Forestry Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 7, 2025
              MM / DD / YYYY

**X**   /s/ Michael Manning             Michael Manning
Signature of authorized representative of debtor     Printed name

Title   President

**18. Signature of attorney**

**X**   /s/ Alexandra K Garrett         Date   July 7, 2025
Signature of attorney for debtor                  MM / DD / YYYY

Alexandra K Garrett
Printed name

Silver Voit Garrett & Watkins
Firm name

23210 Highway 98, Suite B2
Fairhope, AL 36532
Number, Street, City, State & ZIP Code

Contact phone   (251) 343-0800     Email address   agarrett@silvervoit.com

GARRA3702 AL
Bar number and State

Fill in this information to identify the case:

Debtor name: Mako Forestry Corporation
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | | Credit card purchases | | | | $28,884.00 |
| Caterpillar Financial Services Corp.<br>2120 West End Avenue<br>Nashville, TN 37203 | | Leasehold interest in 2023 Caterpillar 299D3XE Compact Track Loader, Serial #DY906388 | | $40,000.00 | $1.00 | $39,999.00 |
| Chase<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | | Credit card purchases | | | | $36,029.67 |
| United Community Bank<br>306 E North St<br>Greenville, SC 29601 | | 11052 County Rd 95Elberta, AL 36530 Merchants & Marine Bank Merchants & Marine Bank Merchants & Marine Bank Protective Life Insurance Policy on life of Michael Manning Caterpillar 279D3 Compact Track LoaderSerial # RB902571 | Disputed | $1,715,725.00 | $121,792.68 | $1,593,932.32 |

# United States Bankruptcy Court
## Southern District of Alabama

In re  Mako Forestry Corporation  
Debtor(s)

Case No.  
Chapter  11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**
   
   For legal services, I have agreed to accept .................... $ _____
   
   Prior to the filing of this statement I have received .................... $ _____
   
   Balance Due .................... $ _____

   ☒ **RETAINER**
   
   For legal services, I have agreed to accept and received a retainer of .................... $ 20,000.00
   
   The undersigned shall bill against the retainer at an hourly rate of .................... $ 395.00
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:
   
   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:
   
   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
   
   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   
   a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   b. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

July 7, 2025  
*Date*

/s/ Alexandra K Garrett  
Alexandra K Garrett  
*Signature of Attorney*  
Silver Voit Garrett & Watkins  
23210 Highway 98, Suite B2  
Fairhope, AL 36532  
(251) 343-0800   Fax:  
agarrett@silvervoit.com  
*Name of law firm*

---

ALSB LBF 1007 (12/19)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

IN RE:

Debtor(s)   Mako Forestry Corporation               )   Case No.
                                                    )
                                                    )   Chapter: 11
                                                    )

## VERIFICATION OF OFFICIAL CREDITOR LIST (INITIAL OR SUPPLEMENTAL)

☒ Original
☐ Amendment
   ☐ Adding      ☐ Deleting

I hereby certify under penalty of perjury that the master mailing list of creditors attached and/or uploaded to the Electronic Case Filing System is true, correct and complete to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness of the creditor list are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor list for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

If you are amending a previously-filed list of creditors, attach a list of only the creditor being added or deleted and indicate below only the number of creditors being added or deleted.

____ creditor(s) (or if amended, number of creditors added), as shown on attached list

____ creditor(s) to be deleted, as shown on attached list

| /s/ Michael Manning | |
|---|---|
| Debtor Signature | Joint Debtor Signature |
| /s/ Alexandra K Garrett | July 7, 2025 |
| Signature of Attorney | Date |

[*Check if applicable*]
☐ Creditors with foreign addresses included

1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

ALSB LBF 1007 (12/19)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

OFFICIAL CREDITOR LIST GUIDELINES

The Official Creditor List must be provided to the court in electronic format and meet the requirements below:

- The name and address of each creditor must be five lines or fewer

- Each line may contain no more than 40 characters including spaces

- Names and addresses should be left justified (no leading spaces) with only one column of creditors

- If attention lines are used, they should appear on the second line of the address

- City, state, and ZIP code must be on the last line

- All states must be two-letter abbreviations

- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits

- DO NOT include the following names on the mailing list because they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), Bankruptcy Administrator

Attorney Filers
Most bankruptcy preparation software packages can save the creditor list electronically in the proper format. Please check with your software company to see if you have this option.

Filers without an Attorney (Pro Se Debtors)
Filers without an attorney may submit a list of creditors to the clerk's office.

Verification of Creditor List
Each submission of an Official Creditor List shall be accompanied by a cover sheet or Verification of Official Creditor List in the format provided by the Clerk.

Amendments
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the requirements above

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281


Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203


Chase
P.O. Box 15123
Wilmington, DE 19850-5123


JP Morgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203


Justin B. Little
Reynolds, Reynolds, & Little, LLC
PO Box 2863
Tuscaloosa, AL 35403-2863


Lindsey Manning
1349 W. Fairway Dr.
Gulf Shores, AL 36547


Michael Manning
1349 W. Fairway Dr.
Gulf Shores, AL 36547


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los AngelesL, CA 90012

United Community Bank
306 E North St
Greenville, SC 29601

# United States Bankruptcy Court
## Southern District of Alabama

In re   Mako Forestry Corporation  
Debtor(s)

Case No.  
Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Mako Forestry Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Michael Manning 401(k)  
1349 W. Fairway Dr.  
Gulf Shores, AL 36547

☐ None [*Check if applicable*]

July 7, 2025  
Date

/s/ Alexandra K Garrett  
Alexandra K Garrett  
Signature of Attorney or Litigant  
Counsel for   Mako Forestry Corporation  
Silver Voit Garrett & Watkins  
23210 Highway 98, Suite B2  
Fairhope, AL 36532  
(251) 343-0800  Fax:  
agarrett@silvervoit.com

In re  Mako Forestry Corporation            Case No. _____
                        Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF
(Check the applicable documents.)

☐ Petition, Schedules, & Statements, and Accompanying Declarations; Amendments
☐ Mailing Matrix Verification; Amendment to Mailing Matrix Verification
☐ Affidavit in Support of Employment of Attorney or Other Professional
☐ Affidavit in Support of or in Opposition to Motion for Summary Judgment
☐ Verification Supporting Extension of Deadline to File Statements, Schedules, Chapter 13 Plan
☐ Verification of Chapter 11 Monthly Reports
☐ Other:(please describe)_____

**PART I - DECLARATION OF PETITIONER:**
I[We], _____Michael Manning_____, the undersigned debtor(s), or representative of the Debtor(s) **hereby declare under penalty of perjury as follows:**

(1) I(We) have reviewed the information contained in the documents designated (above, by check marks) in this Declaration to have been electronically filed in the captioned bankruptcy case (the Documents);
(2) (Only if the Debtor is a corporation or Partnership) that I(we) am(are) authorized to act for and on behalf of the debtor both in executing this Declaration and the Documents designated in this Declaration to have been electronically filed (the Documents);
(3) I(We) have authorized the electronic filing of these Documents by our attorney, or, if applicable, we have filed the Documents on our own behalf;
(4) My(Our) attorney shall retain the originally signed Documents subject to the Rules of the Bankruptcy Court for a period of one year after the case or proceeding in which the Documents have been filed has been closed;
(5) I (We) understand that this Declaration shall be maintained by the Clerk of the Bankruptcy Court;
(6) I (We) affirmatively state that my (our) electronic signature(s) contained on the Documents is (are) my(our) signatures for purposes of the filing of the Documents on the record of the docket of the bankruptcy case, and for all purposes authorized by law, and that My/our electronic signatures on the Documents is/are a Declaration, Certification, Verification or Statement to the same extent and shall have the same effect as our signatures on the original Documents;
(7) (If represented by counsel) I(We) have signed the Documents and this Declaration after discussion with our attorney, before the Documents were electronically filed.

DATED:  July 7, 2025

Signed: _____                Signed:  /s/ Michael Manning
                                                        Michael Manning
        (Debtor)                                        (Debtor Representative)

Signed: _____
        (Joint Debtor)

## PART II–DECLARATION OF AFFIANT OTHER THAN PETITIONER

(1) I(We) have reviewed the information contained in the documents designated (above, by check marks) in this Declaration to have been electronically filed in the captioned bankruptcy case or proceeding (the Documents);

(2) I(We) have authorized the electronic filing of these Documents by the undersigned attorney, Trustee, Committee, or Party;

(3) The undersigned attorney, Trustee, Committee, or Party shall retain the originally signed Documents, subject to the Rules and Guidelines of the Bankruptcy Court, for a period of one year after the case or proceeding in which the Documents have been filed has been closed;

(4) I(We) understand that this Declaration shall be maintained by the Clerk of the Bankruptcy Court;

(5) I(We) affirmatively state that my (our) electronic signature(s) contained on the Documents is(are) my(our) signatures for purposes of the filing of the Documents on the record of the docket of the bankruptcy case, and for all purposes authorized by law, and that My/our electronic signatures on the Documents is/are a Declaration, Certification, Verification or Statement to the same extent and shall have the same effect as our signatures on the original Documents.

DATED: _____

Signed: _____
       (Affiant)

## PART III - DECLARATION OF ATTORNEY

**I declare under penalty of perjury** as follows:

(1) I have reviewed the Documents designated (above, by check marks) in this Declaration as having been filed on behalf of the named debtor(s) or (if applicable) the affiant (the Documents);

(2) The debtor(s) or representative of the debtor(s) or the affiant signed this Declaration after review of the originally signed Documents before I filed the Documents electronically on the docket of the record of this case or proceeding;

(3) I acknowledge and accept the responsibility to maintain the original signed Documents under my care, custody and control, subject to the rules of this Bankruptcy Court, for a period of one year after the case or proceeding in which the Documents were filed has been closed.

DATED: July 7, 2025

SIGNED: /s/ Alexandra K Garrett
Alexandra K Garrett
Attorney for Debtor(s) or Attorney for Affiant or Attorney for Party Submitting Affidavit or Trustee
Silver Voit Garrett & Watkins
23210 Highway 98, Suite B2
Fairhope, AL 36532
(251) 343-0800   Fax:

# U.S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In re: Mako Forestry Corporation          Debtor(s)          Case No. _____

### DEBTOR'S ELECTRONIC NOTICING REQUEST(DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☐ **INITIAL REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntarily, and I may file a request to deactivate my account at any time.

☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form.*

*__Joint__ __debtors__ who each request enrollment or already have a DeBN account __must file__ __separate forms__.*

Signature: /s/ Michael Manning          Date: July 7, 2025

Print Name (and title if not the debtor): Michael Manning
Email Address (type or print clearly): _____